IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                              Case No. 6:14-cr-60033-004

WILLIAM JACOB PARKER                                                                          DEFENDANT

**O R D E R**

**BEFORE** the Court is the Motion to Withdraw Motion for Compassionate Release filed herein by Defendant **WILLIAM JABOB PARKER**. ECF NO. 147.  Defendant indicates he desires to withdraw his prior Motion (ECF No. 143) and pursue administrative remedies prior to seeking release from this Court.  The instant Motion has been referred to the undersigned for decision.  ECF No. 148.

Defendant is before the Court as a result of a Petition to Revoke his Supervised Release. ECF Nos. 128, 137 and 138.  He is custody pending a final hearing based on an Order issued by this Court (ECF No. 142) and has not yet requested a detention hearing pursuant to FED.R.CRIM.P. 32.1(a)(6) and 18 U.S.C. § 3143(a)(1).  As such there are no "administrative remedies" to pursue. The Court find the Motion to Withdraw Motion for Compassionate Release should be **DENIED** and the Motion for Compassionate Release should be construed as a motion for detention hearing.

**IT IS ORDERED** as follows:

1. Defendant's Motion to Withdraw Motion for Compassionate Release (ECF No. 147) is **DENIED**.  His Motion for Compassionate Release is construed as a Motion for Detention Hearing.

2. Defendant shall file a Supplemental Motion for Release pursuant to FED.R.CRIM.P. 32.1(a)(6) and 18 U.S.C. § 3143(a)(1). This Supplement Motion must demonstrate "clear and convincing evidence that ... [he] is not likely to flee or pose a danger to the safety of any other person or the community if released." *See* 18 U.S.C. § 3143(a)(1). The Supplemental Motion shall be filed on or before **May 1, 2020**.

3. As previously **ORDERED** (ECF No. 146), the Government shall respond to the Motion and any Supplemental Motion for Release on or before **May 7, 2020**. This Response shall address specifically whether Defendant, pending final hearing in supervised release proceeding, is entitled to release pursuant to FED.R.CRIM.P. 32.1(a)(6) and 18 U.S.C. § 3143(a)(1).

4. The Court, after reviewing the Supplemental Motion and Government's Response shall determine whether Defendant is eligible for release and whether a hearing is necessary. Any hearing will be set by subsequent order of this Court.

**SIGNED** this **24th day of April 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE