# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| WILLIAM JACOB PARKER<br>aka Jake Parker | Case No.   6:14CR60033-004<br>USM No.   12457-010 |
| | Justin Hurst<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   One, two, three, four, five, six, seven, and eight   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Use of controlled substances | December 6, 2019 |
| Two | Association with known convicted felons | July 19, 2019 |
| Three | Failure to report for drug testing | November 25, 2019 |
| Four | New law violation | December 9, 2019 |
| Five | Use of controlled substances | January 13, 2020 |
| Six | Attempt to defraud drug testing | January 13, 2020 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   9356

Defendant's Year of Birth:   1987

City and State of Defendant's Residence:
Hot Springs, Arkansas

June 15, 2021
Date of Imposition of Judgment

Signature of Judge

Susan O. Hickey, Chief United States District Judge
Name and Title of Judge

June 16, 2021
Date

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: WILLIAM JACOB PARKER aka Jake Parker
CASE NUMBER: 6:14CR60033-004

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Seven | Failure to comply with substance abuse counseling | January 16, 2020 |
| Eight | Use of controlled substances | July 15, 2020 |

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: WILLIAM JACOB PARKER aka Jake Parker | Judgment — Page 3 of 3 |
| CASE NUMBER: 6:14CR60033-004 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
**Twelve (12) months and one (1) day imprisonment consecutive to the sentence imposed in Clark County Case Number 10CR-19-209.  No term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL